IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.   No. 25-CR-1775 JB

JEREMY ISAAC LOPEZ,

    Defendant.

# NOTICE OF WITHDRAWAL OF NOTICE OF APPEAL OF DETENTION ORDER

COMES NOW Defendant Jeremy Isaac Lopez, by and through Assistant Federal Public Defender Rachel Nathanson Jacobs, and hereby respectfully withdraws his *Notice of Appeal of Detention Order* filed on October 14, 2024 (Doc. 17).

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
111 Lomas NW, Suite 501
Albuquerque, NM 87102
(505) 346-2489

*Electronically filed (October 17, 2025)*
By: /s/ Rachel Nathanson Jacobs
RACHEL NATHANSON JACOBS
Assistant Federal Public Defender