IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>JEREMY ISAAC LOPEZ, )<br>Defendant. )<br>) | CRIMINAL NO.  25-CR-01775-JB |

NOTICE OF WITHDRAWAL OF GOVERNMENT CO-COUNSEL

Assistant United States Attorney Sean J. Sullivan notifies the Court that he withdraws as co-counsel of record for the United States.

The United States requests that Assistant United States Attorney Sean J. Sullivan no longer receive notices, pleadings and correspondence in the above-captioned case.

Assistant United States Attorneys Eva Mae Fontanez, Robert James Booth , II and Stephen R. Kotz is to remain as counsel of record for the United States in this case.

RYAN ELLISON
United States Attorney

 *Filed Electronically October 28, 2025*
SEAN J. SULLIVAN
Assistant United States Attorney
201 3rd St. NW, Ste. 900
Albuquerque, New Mexico 87102
(505) 346-7274

I HEREBY CERTIFY that I filed the foregoing pleading electronically through the CM/ECF system which caused counsel for defendant to be served by electronic means, as reflected on the Notice of Electronic Filing, and other methods of service as indicated therein on October 28, 2025.

          /s/
SEAN J. SULLIVAN,
Assistant U.S. Attorney