]IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                      Case No. 25-CR-01775-JB

JEREMY ISAAC LOPEZ,

    Defendant.

## MOTION TO WITHDRAW AS COUNSEL

    RACHEL NATHANSON JACOBS, appointed counsel for JEREMY ISAAC LOPEZ, Defendant, hereby moves to withdraw as counsel for Mr. Lopez, and in support of her motion would respectfully show the Court as follows:

1. During the course of the representation of the Defendant a conflict of interest has arisen between counsel and Mr. Lopez.

2. The conflict of interest affects the ability of counsel to represent Mr. Lopez in this case. This conflict of interest also prevents any other attorney in the office of the Federal Public Defender from representing defendant.

3. Counsel has discussed the conflict with her direct supervisor and has been directed to file the instant motion.

4. Counsel requests the Court grant leave to withdraw, and that the Court appoint substitute counsel forthwith.

    **WHEREFORE**, for the foregoing reasons, counsel for Jeremy Isaac Lopez, Defendant, respectfully prays the Court enter an order granting counsel leave to withdraw from representing defendant in this matter; and for appointment of substitute counsel forthwith.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
111 Lomas NW, Suite 501
Albuquerque, NM 87102
(505) 346-2489


*Electronically filed (January 8, 2026)*

By: /s/ Rachel Nathanson Jacobs
RACHEL NATHANSON JACOBS
Assistant Federal Public Defender